UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH A. RODRIGUEZ,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EXPERIAN INFORMATION  )<br>SOLUTIONS, INC.,  )<br>  )<br>    Defendants.  )<br>  )<br>  )<br>  ) | CASE NO. 6:24-cv-06055<br><br>ECF Case |

EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby submits the following statement of corporate interests to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: New York, New York  
January 29, 2024

Respectfully submitted,

*/s/ Justin B. Harris*  
Justin B. Harris  
JONES DAY  
250 Vesey Street  
New York, New York 10281-1047  
212-326-3724  
justinharris@jonesday.com

*Attorneys for Defendant*  
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Justin B. Harris, certify that on January 29, 2024, I caused the foregoing EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT to be filed with the Clerk of the Court and served upon *pro se* plaintiff via electronic mail.

*/s/ Justin B. Harris*
Justin B. Harris